**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MICHAEL R. PRIMUS, SR.,         :  No. 34 EM 2017
                         :

            Petitioner     :

                         :

                         :

         v.               :

                         :

                         :

COURT OF COMMON PLEAS OF    :
PHILADELPHIA COUNTY,       :

                         :

           Respondent    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.